(Del. Rev.12/98)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

NANA YAW AGYEMAN

_____
(Name of Plaintiff or Plaintiffs)

06 - 428

v.   CIVIL ACTION NO. 06-428

BROTMAN MEDICAL CENTRE

_____
(Name of Defendant or Defendants)

FILED 2006 JUL 11 AM 11:43 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

## COMPLAINT

1. This action is brought pursuant to __42:1983__
   (Federal statute on which action is based)

for discrimination related to _____ jurisdiction exists by virtue of
   (In what area did discrimination occur? e.g. race, sex, religion)

_____
(Federal statute on which jurisdiction is based)

2. Plaintiff resides at __802 W 8th STREET  AP 1A__
                                    (Street Address)
   __WILMINGTON__    __DE__    __19801__
   (City)    (County)    (State)    (Zip Code)

   _____
   (Area Code) (Phone Number)

3. Defendant resides at, or its business is located at __BROTMAN MEDICAL CENTRE__
                                                              (Street Address)
   __P.O. BOX 6488  WOODLAND HILLS · CA  91365__
   (City)    (County)    (State)    (Zip Code)

4. The alleged discriminatory acts occurred on _____, _____, _____
                                                (Day)   (Month)  (Year)

5. The alleged discriminatory practice  ☐ is  ☐ is not continuing.

6.  Plaintiff(s) filed charges with the _____
                                              (Agency)

_____
     (Street Address)   (City)   (County)   (State)   (Zip)

regarding defendant(s) alleged discriminatory conduct on: _____
                                                              (Date)

7.  Attach decision of the agency which investigated the charges referred in paragraph 6 above.

8.  Was an appeal taken from the agency's decision?   Yes ☐   No ☐

    If yes, to whom was the appeal taken?_____

9.  The discriminatory acts alleged in this suit concern: (Describe facts on additional sheets if necessary)

NANA YAW AGYEMAN VISITED MEDICAL BROTMAN MEDICAL CENTER (ER) UNDER THERAPY I BELIEVE THEY PLANTED COMPUTER CHIP IN MY BODY AND little LENS LEADING TO INTERNET. I KNOW I WENT UNDER SURGERY WITHOUT MY PERMISSION (LAST YEAR NOVEMBER) 9 MONTHS I HAVE BEEN TAKING SHOCKS, PAINS ALL MY BODY.

10.  Defendant's conduct is discriminatory with respect to the following:

    A.  ☐  Plaintiff's race
    B.  ☐  Plaintiff's color
    C.  ☐  Plaintiff's sex
    D.  ☐  Plaintiff's religion
    E.  ☐  Plaintiff's national origin

11.   Plaintiff prays for the following relief:   (Indicate the exact relief requested)

HOSPITALS HAVE DENIED OF CAT SCAN AND EYE EXAMINATE THROUGH MY SURVEY WITH MY THREE KIDS I BELIEVE SOME PEOPLE IN DELAWARE ARE SENDING SHOCKS, PAINS TO MY THREE KIDS I ~~WANT~~ WANT TO SUE THE HOSPITALS, I BELIEVE I HAVE MONEY ~~IN BANK~~ IN THE BANK. HONESTLY I NEVER SIGNED ANY PAPERS FOR ALL THESE COMPLAINS

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/11/06

_____
(Signature of Plaintiff)



CNSNT

C!L   Agyeman Nana

**CONDITIONS FOR TREATMENT**

10385737   3/27/64

### CONSENT FOR TREATMENT (Patient Information and Consent)

I consent to and authorize Christiana Care Health Services, physicians, professionals and employees to render care and furnish the necessary treatments, surgical or laboratory procedures, anesthesia, x-ray examinations or, tests or, drugs and supplies as ordered or requested by my physicians. I understand Christiana Care Health Services is a community teaching hospital and medical students interns, resident physicians, nursing students and other health professional trainees may participate in my care. I further understand that Christiana care maintains medical records and other information pertaining to my care, billing and payment in electronic form. I acknowledge that no guarantee or assurance has been made as to the results of treatment, surgery, or examinations in the hospital. I understand that if I required medical treatment by the Trauma Team in the Emergency Department, my treatment may have been videotaped for performance improvement. I understand that these tapes may be reviewed by the Trauma Team but will not become part of my medical record and will be erased after review.

### RELEASE FROM LIABILITY FOR VALUABLES

I hereby assume responsibility for all items of personal property brought to the hospital, excepting articles placed in the hospital's safe, and release the hospital, its agents, servants or employees from all claims in regard to lost, stolen or damaged articles. The maximum liability of the hospital for loss of any personal property which is deposited with the hospital for safe keeping is limited to $300 unless a written receipt for a greater amount has been obtained from the hospital by the patient.

### FINANCIAL RESPONSIBILITY, ASSIGNMENT OF BENEFITS AND RELEASE OF INFORMATION

I am responsible to Christiana Care Health Services and to physicians providing hospital-based services (e.g. Emergency Department physicians, Anesthesiologists, Radiologists, Pathologists, etc) for any and all charges (or amounts based on payment arrangements agreed to by them) that are incurred during my admission and/or treatment and not paid or otherwise satisfied by insurance or other third party benefits.

**I assign and request payment of benefits to Christiana Care Health Services and to physicians providing hospital-based services (e.g. Emergency Department physicians, Anesthesiologists, Radiologists, Pathologists, etc.) for which I am entitled under the terms of any and all policies under which I have coverage. This assignment applies to all services related to my current admission or, for outpatient services, until revoked.**

### NOTIFICATION AND ACKNOWLEDGEMENT OF PATIENT RIGHTS AND PRIVILEDGES

I have had the opportunity to receive and review Christiana Care Health Services Notice of Privacy Practices_____ (initial).

| Signature | Relationship | Date 7/11/06 |
|---|---|---|

### MEDICARE ASSIGNMENT OF INSURANCE BENEFITS

Where Medicare benefits are applicable, I certify that the information given by me in applying for payment under Title VIII of the Social Security Act is correct. I request payment of authorized Medicare benefits to Christiana Care Health Services, Doctors for Emergency Services and other physicians on my behalf for any services furnished me including physician services. I authorize any holder of medical or other information about me to release to Medicare and its agents any information needed to determine the benefits for related services.

### AN IMPORTANT MESSAGE FROM MEDICARE

I have had the opportunity to receive and review the Important Message From Medicare _____ (initial).

| Signature | Relationship | Date 7/11/06 |
|---|---|---|

I have decided that I do NOT wish to be listed in the hospital directory. I understand Christiana Care will not tell visitors, callers or clergy my room or telephone number and I will not receive any deliveries to my room (such as flowers, packages, or cards and letters). _____(initial).

```
        CHRISTIANA CARE HEALTH SERVICES
   EMERGENCY DEPARTMENT: CHRISTIANA HOSPITAL
          4755 Ogletown-Stanton Rd
               Newark, DE 19718
                (302) 733-1000
```

Patient:Nana Y. Agyeman                Date:Jul 06, 2006

REFERRAL: Ophthalmology
Stephen Franklin, M.D.
1207 N Scott Street, Wilmington, DE  19806
Office Phone: 652-3353


You are being referred to the doctor listed
above.  Call the office to arrange a follow-up
visit.  Let the office know that you were
referred from the Emergency Department.

SIGNATURE: _____*A Hodson*_____

\>
\>  Anita Hodson, M.D.

- - - - - - - - - - - - - - - - - - - - - - -

# Nana Y. Agyeman
Thu Jul 06, 2006    Page 1
1:51 PM

Discharge Instructions from Anita Hodson, M.D.
Christiana Care Health Services - Wilmington Hospital

Christiana Hospital, 4755 Ogletown-Stanton Rd,Newark,DE  302-733-1000
Wilmington Hospital, 14th & Washington St, Wilmington,DE 302-733-1000

Any Concern,...Return!

DIAGNOSIS:  Paresthesias; abnormal EKG

OTHER INSTRUCTIONS:
Make an appointment with Dr. Agard for follow up care.

**PARESTHESIA:**
Paresthesia means a feeling of numbness, tingling, or strange sensation on your body.  This is a common symptom seen in the Emergency Department because it is often very frightening to experience.

There are many possible causes of paresthesias. Bruises or muscular strains may causes some irritation of nearby nerves. Pinching of a nerve in the neck or back may also cause this sensation in the extremities.

Unless there are other signs of physical disease, it is most often related to hyperventilation or stress. Your examination today does not show evidence of a stroke, blood clot, or tumor.  You will not need other tests unless your symptoms do not clear up soon or unless you develop other symptoms.

**NOTIFY YOUR DOCTOR** or return here in case of the following:
  - Weakness or difficulty with movement of the face, an arm or leg.
  - Difficulty with speech or vision.
  - Prolonged or high fever.
  - Severe or worsening headache.
  - **Change in mental status** - too sleepy, confused, short of breath, more irritable or fussy, slurred speech, difficulty walking.

REFERRAL: Internal Medicine - Reynold Agard, M.D.
Reynold Agard, M.D. Premiere Physicians 314 E. Main Street, Suite 103, Newark DE 410 Foulk Road, Suite 200B, Wilmington, 302-762-6675 Office phone: 302-366-0550


**You are being referred to the doctor listed above.  Call the office to** arrange a follow-up visit.  Let the office know that you were referred from the Emergency Department.

OTHER INSTRUCTIONS:
If there is any change in your condition, please return.

---- Instructions are continued on next page. ----

| APPOINTMENT | | | PRACTICE |
|---|---|---|---|
| Date: 07/10/2006  Time: 10:30AM | Seen By: Stephen H. Franklin | Reason: EX | Eye Physicians and Surgeons PA |
| Encounter: 85153 | Message: NEW EX PER CHRISTIANA ER /PAIN | | |

| PATIENT | | | |
|---|---|---|---|
| NANA AJYEMAN | Sex: M   DOB:         37 | SSN: | 1207 North Scott St |
| Acct #: 89461 | Primary Provider: | Onset Date: | Wilmington, DE 19806 |
| Diagnosis: | Ref. Prov.: | Onset Type: ILL | |

| RESPONSIBLE PARTY | | |
|---|---|---|
| NANA AJYEMAN | Home: (302) 472-5497 | Case: 99909 - NRM |
| 802 WEST 8TH STREET | Work: (302) | Patient Status: 1 |
| Wilmington, DE 19801 | | Financial Status: |

*Remote Control, Over Both*

(302) 652-3353

Tax ID # 251207879

| # | Code | INSURANCE | | | | | | PATIENT FINANCIAL | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Policy # | CoPay | Approval | Activation | Expiration | Visits | Patient Due: | 0.00 | Credit Balance: | 0.00 |
| 1 | UNITE | Healthcare | $20 | Med Dx | | | | Insurance Due: | 0.00 | Total Balance: | 0.00 |
| 2 | | | | | | | | Last Payment: | 0.00 | on | |
| 3 | | | | | | | | | | | |

| ✓ | SERVICE | CPT | FEE | ✓ | CONTACT LENS cont | CPT | FEE |
|---|---|---|---|---|---|---|---|
| | CONSULT    LEVEL I | 99241 | | | CL SOFT TORIC PER LENS | V2521 | |
| | CONSULT    LEVEL II | 99242 | | | CL SOFT EXTWEAR PER LENS (DME) | V2523 | |
| | CONSULT    LEVEL III | 99243 | | | CONTACT LENS FITTING 1 EYE | 92311 | |
| | CONSULT    LEVEL IV | 99244 | | | CONTACT LENS FITTING BOTH EYES | 92312 | |
| | COMPREHENSIVE EYE EXAM (EST Pt) | 92014 | | | CONTACT LENS CLEANING | | |
| | COMPREHENSIVE EYE EXAM (NEW) | 92004 | | | EPS / DD | | |
| | COMPREHENSIVE W/O REF (EST PT) | 92014 | | | **SUPPLIES / MISCELLANEOUS / UNITS** | | |
| | REFRACTION ONLY | 92015 | | | KENALOG / 10 MG | J3301 | |
| | COMPREHENSIVE W/O REF (NEW) | 92004 | | | PUNCTAL PLUG | A4263 | |
| | INITIAL VISIT W/STARRED PROCED | 99025 | | | VISUDYNE DYE | J3396 | |
| | INTERMEDIATE EYE EXAM (NEW) | 92002 | | | MACUGEN | J3490 | |
| | | | | | AVASTIN | J9035 | |
| | INTERMEDIATE EYE EXAM (EST) | 92012 | | | **LASER / CRYO** | | |
| | OV II     (NEW) | 99202 | | | | | |
| X | OV III    (NEW) | 99203 | | | CRYO (RD) | 67101 | |
| | OV IV     (NEW) | 99204 | | | LASER (RD) | 67105 | |
| | OV I      (EST) | 99211 | | | CRYO (BREAK / TEAR) | 67141 | |
| | OV II     (EST) | 99212 | | | LASER (BREAK / TEAR) | 67145 | |
| | OV III    (EST) | 99213 | | | LASER-CHOROID | 67220 | |
| | OV IV     (EST) | 99214 | | | LASER - CILIARY BODY (G-PROBE) | 66710 | |
| | OV V      (EST) | 99215 | | | LASER - FOCAL | 67210 | |
| | POST OPERATIVE | 99024 | | | LASER - IRIDOPLASTY | 66762 | |
| | **INJECTIONS** | | | | LASER - IRIDOTOMY | 66761 | |
| | INTRAVITREAL INJECTION | 67028 | | | LASER - PRP | 67228 | |
| | RETROBULBAR INJECTION | 67500 | | | LASER - TRABECULOPLASTY | 65855 | |
| | SUBCON INJECTION | 68200 | | | **SERVICE** | | |
| | TENON'S INJECTION | 67515 | | | LASER PDT | 67221 | |
| | **DIAGNOSTIC TESTING** | | | | VITREOUS TAP / PARACENTESIS | 65810 | |
| | A / MODE / IOL CALCULATION  LT  RT | 76519-26 | | | **PROCEDURES** | | |
| | A / MODE / IOL CALCULATION  L  R  50 | 76519 | | | BIOPSY EYELID* | 67810 | |
| | B-SCAN / CONTACT     L    R  50 | 76512 | | | BIOPSY SKIN 1 LESION | 11100 | |
| | CORNEAL TOPOGRAPHY   L   R  50 | 92499 | | | CHALAZION EXCISION / SINGLE | 67800 | |
| | CULTURE | 65430 | | | CHALAZION / MULTI | 67801 | |
| | EXTERNAL / SLIT PHOTO | 92285 | | | CLOSURE PUNCTUM THERMAL | 68760 | |
| | FLUORESCEIN        L    R    50 | 92235 | | | CLOSURE PUNCTAL PLUG | 68761 | |
| | FUNDUS / SERIAL | 92250 | | | DEBRIDE CORNEAL EPITHELIUM* | 65435 | |
| | GONIOSCOPY | 92020 | | | ENTROPION REPAIR | 67921 | |
| | ICG    L   R    50 | 92240 | | | EPILATION EYE LASHES* | 67820 | |
| | OCT   L   R    50 | 92135 | | | EXCISION LESION OF EYELID* | 67840 | |
| | OPHTHALMOSCOPY INIT   L   R   50 | 92225 | | | FOREIGN BODY CORNEAL EMB* | 65222 | |
| | OPHTHALMOSCOPY SUB   L   R   50 | 92226 | | | FOREIGN BODY CONJ EMB | 65210 | |
| | PACHYMETRY     L   R   50 | 76514 | | | I & P ABSCESS (EYELID)* | 67700 | |
| | SENSORIMOTOR TESTING | 92060 | | | I & P NASO LACRIMAL DUCT* | 68810 | |
| | VISUAL FIELD | 92082 | | | PNEUMATIC RETINOPEXY | 67110 | |
| | VISUAL FIELD | 92083 | | | **SPECIAL SERVICES** | | |
| | **CONTACT LENS** | | | | CK EVAL       CK1       CK2 | | |
| | CL RGP SPH PER LENS | V2510 | | | BOTCOS1    BOTCOS2    BOTCOS3 | | |
| | CL RGP TORIC PER LENS | V2511 | | | **MODIFIERS** | | |
| | CL RGP EXT WEAR PER LENS | V2513 | | | 22 - UNUSUAL SERVICE | 79 - UNRELATED PO | |
| | CL SOFT SPH PER LENS | V2520 | | | 24 - UNRELATED SERV. - PO E & M | E1 - UPPER LEFT EYELID | |
| | | | | | 25 - SEPARATE SERV SAME DAY | E2 - LOWER LEFT EYELID | |
| | YR____ MO____ WK____ DA____ | | | | 50 - BILATERAL PROCEDURE | E3 - UPPER RIGHT EYELID | |
| | | | | | 51 - MULTIPLE PROCEDURE | E4 - LOWER RIGHT EYELID | |
| | RE    EX    CC    CF    CD    W/DM | | | | 57 - DECISION FOR SURGERY | 59 - DISTINCT OR SEPARATE SERV | |
| | | | | | 78 - RELATED PO | LT - LEFT EYE | |
| | VF    A SC   B SC   PHOTO  IVFA   DVR  ELK | | | | 26 - PROFESSIONAL COMPONENT | RT - RIGHT EYE | |

## DIAGNOSIS

| REFRACTIVE | | KERATITIS PUNCTATE | 370.21 | LIDS / LACRIMAL | |
|---|---|---|---|---|---|
| AMBLYOPIA | 368.03 | KERATOCONUS | 371.61 | BLEPHARITIS | 373.00 |
| ANISOMETROPIA | 367.31 | LACERATION OF CORNEA-NO PROLAPSE | 871.0 | BLEPHAROCHALASIS | 374.34 |
| APHAKIA | 379.31 | OPACITY OF CORNEA - CENTRAL | 371.03 | CHALAZION | 373.2 |
| ESOTROPIA | 378.01 | PTERYGIUM PROGRESSIVE | 372.42 | CYST OF EYELID | 374.84 |
| EXOTROPIA | 378.11 | PTERYGIUM STATIONARY | 372.41 | DERMOID CYST EYELID | 216.1 |
| PHOTOPSIA | 368.15 | TRANSPLANT POST-OP | V42.5 | DRY EYE | 375.15 |
| PRESBYOPIA | 367.4 | CORNEAL TRANSPLANT REJECTION | 996.51 | ECTROPION - SENILE | 374.11 |
| PSEUDOPHAKIA | V43.1 | ULCER OF CORNEA - CENTRAL | 370.03 | ENTROPION - SENILE | 374.01 |
| IRREGULAR ASTIGMATISM | 367.22 | ULCER OF CORNEA - MARGINAL | 370.01 | EPIPHORA | 375.21 |
| REFRACTIVE ERROR | 367.9 | | | HORDEOLUM | 373.11 |
| BLURRED VISION | 368.8 | OTHER | | LACERATION - EYELID | 870.1 |
| ROUTINE EYE EXAM | V72.0 | FOLLOW UP W/HIGH RISK MEDICATION | V67.51 | NASOLACRIMAL DUCTS STENOSIS | 375.56 |
| CATARACT | | X PAIN IN / AROUND EYE | 379.91 | NEOPLASM OF LID, BENIGN | 216.1 |
| AFTER CATARACT OBSCURING VISION | 366.53 | VISUAL DISCOMFORT | 368.13 | ORBITAL CELLULITIS | 376.01 |
| CATARACT INCIPIENT | 366.12 | SUDDEN VISUAL LOSS | 368.11 | PTOSIS OF EYELID, UNSP. | 374.30 |
| CORTICAL SENILE CATARACT | 366.15 | RETINAL & VITREOUS | | PTOSIS - PARALYTIC | 374.31 |
| NUCLEAR SCLEROSIS | 366.16 | ARTERIAL BRANCH OCCLUSION | 362.32 | TRICHIASIS | 374.05 |
| POST SUBCAP CATARACT | 366.14 | BRANCH VEIN OCCLUSION | 362.36 | NEURO / OPHTHALMOLOGY | |
| PSEUDOEXFOLIATION | 366.11 | CENTRAL RETINAL ARTERY OCCLUSION | 362.31 | AMAUROSIS FUGAX | 362.34 |
| | | CENTRAL RETINAL VEIN OCCLUSION | 362.35 | ANISOCORIA | 379.41 |
| GLAUCOMA | | CENTRAL SEROUS RETINOPATHY | 362.41 | CRANIAL NERVE SIX PALSY | 378.54 |
| ACUTE ANGLE CLOSURE GLAUCOMA | 365.22 | CHOROIDAL NEVUS | 224.6 | DIPLOPIA | 368.2 |
| ANATOMICAL NARROW ANGLE | 365.02* | CHOROID RETINAL SCAR | 363.35 | GIANT CELL ARTERITIS | 446.5 |
| CHRONIC ANGLE - CLOSURE GLAUCOMA | 365.23* | CMV (CYTOMEGALOVIRUS INFECT) | 078.5 | FOURTH NERVE PALSY | 378.53 |
| GLAUCOMA LOW TENSION | 365.12* | CYSTOID MACULAR EDEMA | 362.53* | HEADACHE | 784.0 |
| GLAUCOMA OF CHILDHOOD | 365.14* | DIABETIC BACKGROUND | 362.01* | HOMONYMOUS HEMIANOPIA | 368.46 |
| GLAUCOMA W/OCULAR INFLAMMATION | 365.62* | NONPROLIFERATIVE DIABETIC RETINOPATHY NOS | 362.03 | MULTIPLE SCLEROSIS | 340 |
| CHRONIC NARROW ANGLE GLAUCOMA | 365.23* | MILD NONPROLIFERATIVE DIABETIC RETINOPATHY | 362.04 | MYASTHENIA GRAVIS NO EXACERB. | 358.00 |
| NEOVASCULAR GLAUCOMA | 365.63* | MODERATE NONPROLIFERATIVE DIABETIC RETINOPATHY | 362.05 | NYSTAGMUS | 379.51 |
| OPEN ANGLE W/BORDERLINE FINDINGS | 365.01* | SEVERE NONPROLIFERATIVE DIABETIC RETINOPATHY | 362.06 | OPTIC ATROPHY | 377.12 |
| OPEN ANGLE GLAUCOMA | 365.11* | DIABETIC MACULAR EDEMA | 362.07 | OPTIC NERVE DISORDER UNSPEC | 377.9* |
| PIGMENTARY GLAUCOMA | 365.13* | DIABETIC PROLIFERATIVE | 362.02 | OPTIC NEURITIS | 377.30 |
| PSUEDOEXFOLIATIVE GLAUCOMA | 365.52* | DIABETES CONTROLLED - TYPE I | 250.01 | OPHTHALMIC MIGRAINE | 368.12 |
| TRAUMATIC GLAUCOMA | 365.65* | DIABETES UNCONTROLLED - TYPE I | 250.03 | OPTIC NEUROPATHY | 377.41 |
| GLAUCOMATOUS ATROPHY (CUPPING) | 377.14* | DIABETES CONTROLLED - TYPE II | 250.00 | SEVENTH NERVE PALSY | 351 |
| OCULAR HYPERTENSION | 365.04* | DIABETES UNCONTROLLED - TYPE II | 250.02 | SKEW DEVIATION | 378.87 |
| STEROID RELATED GLAUCOMA | 365.03* | ENDOPHTHALMITIS | 360.01 | STROKE | 436 |
| OTHER | | HISTO RETINITIS | 115.02 | TIA | 435.9 |
| DISORDER IRIS / CILIARY BODY | | HIV | 042 | VISUAL FIELD DEFECT | 368.40* |
| PARS PLANITIS | 363.21 | HOLLENHORST PLAQUE | 362.33 | THYROID OPHTHALMOPATHY | 242.00 |
| PRIMARY IRITIS | 364.01 | HYPERTENSIVE EPISODE | 437.2 | | |
| RECURRENT IRITIS | 364.02 | HYPERTENSIVE RETINOPATHY | 362.11 | *OCT | |
| CONJUNCTIVA AND SCLERA | | LATTICE DEGENERATION | 362.63 | | |
| | | MACULAR DEGENERATION OCCULT | 362.50 | | |
| CONJUNCTIVAL CYST | 372.75 | MACULAR DEGENERATION DRY | 362.51 | | |
| CONJUNCTIVAL FOREIGN BODY | 930.1 | MACULAR DEGENERATION CLASSIC | 362.52 | | |
| CONJUNCTIVITIS, ACUTE | 372.01 | MACULAR CYST, HOLE OR PSEUDOHOLE | 362.54* | | |
| CONJUNCTIVITIS, ALLERGIC | 372.05 | MACULAR PUCKER | 362.56* | | |
| EPISCLERITIS | 379.02 | MYOPIC DEGENERATION | 360.21 | | |
| PINGUECULA | 372.51 | PIGMENT EPITHELIAL DETACHMENT | 362.43 | | |
| SCLERITIS ANTERIOR | 379.03 | RETINAL DETACH. RHEGMATOGENOUS | 361.01 | | |
| SUBCONJUNCTIVAL HEMORRHAGE | 372.72 | RETINAL DETACHMENT (TRACTION) | 361.81 | | |
| CORNEA & ANTERIOR SEGMENT | | RETINAL DRUSEN | 362.57 | | |
| ABRASION OF CORNEA | 918.1 | RETINOSCHISIS | 361.10 | | |
| BAND KERATOPATHY | 371.43 | RETINAL EDEMA | 362.83 | | |
| BULLOUS KERATOPATHY | 371.23 | RETINAL HEMORRHAGE | 362.81 | | |
| CHEMICAL BURN - ACID | 940.3 | RETINAL MICROANEURYSMS | 362.14 | | |
| DYSTROPHY - ANTERIOR CORNEA | 371.52 | RETINAL NERVE FIBER BUNDLE DEFECT | 362.85* | | |
| DYSTROPHY - ENDOTHELIAL | 371.51 | RETINAL TEAR | 361.32 | | |
| EDEMA - CONTACT LENS RELATED | 371.24 | RETINITIS PIGMENTOSA | 362.74 | | |
| EDEMA - IDIOPATHIC | 371.21 | SEROUS DETACHMENT RPE | 362.42 | | |
| EROSION - RECURRENT | 371.42 | SRNVM | 362.16 | | |
| EXPOSURE KERATOCONJUNCTIVITIS | 370.34 | TOXOPLASMOSIS | 130.2 | | |
| FILAMENTARY KERATITIS | 370.23 | VITREOUS DETACHMENT | 379.21 | | |
| FOREIGN BODY OF CORNEA | 930.0 | VITREOUS FLOATERS | 379.24 | | |
| HERPES SIMPLEX KERATITIS | 054.42 | VITREOUS HEMORRHAGE | 379.23 | | |
| HERPES ZOSTER KERATITIS | 053.20 | | | | |

Nana Y. Agyeman          Thu Jul 06, 2006   Page 2
                              1:51 PM

================================================================
STARTER PACKS/SAMPLE MEDICATIONS:

I understand and acknowledge that I may have received medication in a NON-CHILD PROOF container
I understand if a child is in the presence of this container the container could be opened.

I understand that this and all medications should be kept out of the reach of children.
================================================================

I understand that the treatment I have received was rendered on an emergency basis only and that further treatment may be necessary. I have been given a copy of the above instructions. I understand these instructions; and I will arrange for follow-up care as outlined above. If my condition worsens, I will call my doctor or return to the Emergency Department.

_____(Signature)


Circle One: PATIENT   PARENT   SPOUSE   RELATIVE   FRIEND   GUARDIAN

NOTE: Your insurance company may require you to contact them or your primary care physician as soon as possible after your Emergency Room visit.

*** PHYSICIAN REFERRAL: If you need assistance obtaining a local physician or
    dentist you may call the "Christiana Care Referral Service" help line at 302-428-4100.

*** LAB RESULTS/MEDICAL RECORDS: You may call at 302-428-6852.

================================================================
*** FLU SEASON HAS ARRIVED, AND THE CDC EXPECTS THIS YEAR TO BE A BAD ONE!
    PLEASE CONTACT YOUR FAMILY PHYSICIAN AND ARRANGE TO HAVE THIS SEASON'S
    VACCINE.  PEOPLE THAT ARE ELDERLY, VERY YOUNG, OR SUFFER FROM ASTHMA OR
         RESPIRATORY ILLNESSES ARE PARTICULARLY AT RISK ***
================================================================

The Brooklyn Hospital Center
☐ 121 DeKalb Avenue    ☐ 100 Parkside Avenue
Brooklyn, NY 11201      Brooklyn, NY 11226

CONSULTATION REPORT  tell 7185996200
WILLIAMSBURG
D & T CENTER
99 Division Ave
Brooklyn, NY 11211

Request for Consultation for: __E.R.__ Date: _____ Time: _____ AM/PM
Physician or Service

☐ STAT              ☐ Consultation ONLY           ☐ Opinion and Recommendations       ☐ Studies or Therapy Indicated
☐ ROUTINE           ☐ Consultation and Follow Up  ☐ Transfer of Patient to YOUR SERVICE

REASON FOR CONSULTATION:

Generalized body odor — (X-ray
Ag⁺⁺ (serum).                          CT-sc...

P.S.: req. copy of result    Dr. '87 Cong) _____ M.D.
    for labyer                         Signature of Attending Physician

REPORT OF CONSULTATION:
please fax results/recommendation to 718-5991477

_____ DATE: _____ TIME: _____ SERVICE/DEPT. _____
Signature of M.D.
601 7/02



Professional Medical Recovery
P. O. Box 6488
Woodland Hills, CA 91365
(818) 702-0669   (800) 541-5125
Fax: (818) 593-3421

**Regarding the Delinquent Account for**
BROTMAN MEDICAL CENTER
60052016

| | |
|---|---|
| Patient: | AGYEMAN, NANA |
| Date of Service: | 10/23/05 |
| File No.: | 638266-6 |
| Principal Amount: | 1,386.17 |
| Interest Due: | 64.55 |
| Other Charges: | .00 |
| **TOTAL NOW DUE** | **$ 1,450.72** |

APRIL 12. 2006

638266-6
NANA AGYEMAN
574 E. 163RD ST.
BRONX NY 10456

*Legal.*
*Maj machine*

E01

TEAR ON PERFORATION AND RETURN THIS PORTION WITH YOUR PAYMENT TO ASSURE PROPER CREDIT TO YOUR ACCOUNT

## THIS IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR
## ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

This unpaid and delinquent obligation has been assigned to us for collection. It is important that you contact this office regarding this debt. Contacting the original creditor will not satisfy the requirement to contact this office. Make all payments to and arrangements with this office to preserve your rights and avoid miscommunications or delays which could result in the reporting of this delinquent debt against your credit record with the national credit reporting agencies.

Interest charges are added to this account from the date of first delinquency and are payable in accordance with California Civil Code, Sec. 3289. Interest charges will continue to be added until the account is paid in full.

**Read the important information on the reverse side of this letter carefully.**

**Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office within 30 days after receiving this notice, this office will obtain verification of the debt or obtain a copy of the judgement and mail you a copy of such judgement or verification. If you request of this office within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.**

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation. But we will not submit a credit report to a credit reporting agency until the expiration of the time period described above.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8am or after 9pm. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgement. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

MR. HILL
Account Representative
Monday thru Friday – 8am to 5pm
(818)-702-0669 / Ext. 2060

Si usted prefiere avisos futuros en español, llamar o volver por favor este aviso con su petición



FOR YOUR CONVENIENCE YOU MAY PAY THIS ACCOUNT BY TELEPHONE USING YOUR
CHECKING ACCOUNT OR YOUR MASTERCARD OR VISA CREDIT CARD
CERTAIN RESTRICTIONS MAY APPLY.



# IMPORTANT INFORMATION ABOUT COLLECTIONS AND THIS NOTIFICATION

**Your Rights and Obligations**
Read the letters or notices which we send you carefully. They contain important information about your rights and obligations. Communications sent to you may contain time sensitive limitations. Read notices carefully to be aware of such limitations. California Civil Code Sec. 1788.21 requires that you notify your creditor of your change of name, address, or employment for any existing consumer credit.

This notice has been sent to you by a debt collection agency regarding an unpaid and delinquent obligation which you owe to the creditor named on the front of this letter. Debts are due and payable in full. A collection agency is not a billing service and holds no obligation to submit a claim for payment to any third party on your behalf. This debt was placed for collection by your creditor because it was unresolved after a reasonable period of time, including having been submitted to any third party which you requested at time of service. If you believe this bill should be paid by your insurance, we will obtain and provide you a copy of the billing which you can submit to your insurance for reimbursement, if you so request, but such will not effect a delay in our right to request full payment of this delinquent debt. Your original creditor has attempted to encourage your payment or response previous to assignment of this debt for collection and has received inadequate response. If you believe this claim is covered by Medicare, Medi-Cal or Workers' Compensation insurance, you must contact us immediately and provide the necessary information in order that we can investigate your coverage and take appropriate action. Delaying in contacting us may void your right to be covered due to time limits which exist for the submission of claims for payment by Medicare, Medi-Cal and Workers' Compensation.

**Validation of Debt**
You have the right to request proof of this debt. Our obligation to prove this debt in response to your request or dispute is limited to providing you with the name and address of the original creditor, an itemization of charges and credits which equal the principal amount due, and a statement that the amount remains due. If this debt pertains to a judgement, proof of this debt is accomplished by providing a copy of the judgement. If you dispute this debt claiming that you are a victim of identity theft, you will be required to prove your claim including providing a copy of the police report which you filed at the time the theft of your identity originally occurred. Filing a false claim of identity theft is a criminal offense.

**Special Fees and Charges**
Should any check or bank instrument be returned to us, unpaid, we will impose a charge of $25.00 to your account for handling and to cover the charges made to us by our bank. This fee will be charged for each and every returned check or bank instrument.

**Submitting Payment of this Debt**
You may pay this debt by mailing a check, money order or bank instrument made payable to Professional Medical Recovery at Post Office Box 6488, Woodland Hills, CA 91365-6488. You may pay by telephone using your checking account or MasterCard or Visa Credit Card. To pay this debt in full, you must pay the amount shown in the box TOTAL NOW DUE on the face of this letter. Payment of any amount which is less than the TOTAL NOW DUE will not constitute payment in full and will not close this account. Any remaining balance due will continue to be reported to the national credit reporting agencies as an unpaid collection account. We reserve the right to process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If you have more than one unpaid account with us, we will apply any payment which you make to the oldest account first unless you specify the account number which you desire the payment to be posted to by writing our account number on the face of your check.

**Monthly Payments**
We have no obligation, legal or otherwise, to approve monthly payments to pay this delinquent debt. All debts are considered due and payable in full. Any payments which are received will be credited to your account and the account balance reduced accordingly but receipt or acceptance of such payment will not constitute an approved monthly payment agreement nor will it stop any other actions which we may legally pursue in collection of this debt. If we establish an approved monthly payment agreement to assist you with resolving this debt, it will be your obligation to make such payments as and when due and for the amount agreed upon. If you miss a payment or submit payment of a lesser amount, the payment agreement will be deemed void without further notice. Interest charges will continue to be added to your account during any monthly payment agreement. While any amount will be accepted in payment, we will only approve a payment arrangement for larger balances and for a limited amount of time. Your account representative can provide you with further information.

**National Credit Reporting Agencies**
The National Credit Reporting Agencies (CRA's) such as Experian (formerly TRW) and Equifax, maintain a record of obligations and information about how consumers pay their obligations. This information is provided to any business that seeks to determine your credit status for the provision of any credit (home loans, credit cards, bank loans, car loans, etc.). We report to the CRA's monthly for each unpaid account if the responsible party for that account has not responded with payment following notification. Once a debt is reported, it remains on your credit record for up to seven (7) years or more from the date of original delinquency and cannot be deleted except for special and unusual circumstances. If you dispute this debt, along with reporting the unpaid collection account we will report that you have disputed it. If you dispute the debt directly with the CRA's, they will notify us of your dispute. We will then investigate your dispute, review your account, and respond to the CRA advising them that the account is either correct as reported or by submitting updated or corrected information. The making of a dispute does not automatically remove the reported debt from your credit record

**Monitoring of Calls**
When calling our office, your call may be monitored or recorded for training and quality assurance purposes. If at any time you feel you have not been treated courteously and provided assistance in resolving this unpaid obligation, you may address your complaint, in writing, to Complaint Services, Professional Medical Recovery, Post Office Box 6488, Woodland Hills, CA 91365-6488 for a response from management.

 **FOR YOUR CONVENIENCE YOU MAY PAY THIS ACCOUNT BY TELEPHONE USING YOUR CHECKING ACCOUNT OR YOUR MASTERCARD OR VISA CREDIT CARD CERTAIN RESTRICTIONS MAY APPLY.**