IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

NANA YAW AGYEMAN,          )
                               )
        Plaintiff,        )
                               )
    v.               )  Civ. No. 06-428-SLR
                               )
BROTMAN MEDICAL CENTER,    )
                               )
        Defendant.       )

**O R D E R**

At Wilmington this 20th day of July , 2006, the court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that:

1. The application is DENIED based on plaintiff's annual income of $20,800.00  (D.I. 1)

2. The plaintiff shall pay the $350 filing fee within thirty days from the date this order is sent, or the case shall be dismissed.

_____
United States District Judge