1:06-cv-428

Judge Sue L. Robinson.

District Court send me some papers. asking to pay $350 Dollars between a month. Honestly Utilities is getting in my way. I gett payed two weeks. Rent is $650 monthly. Please I was asking to request more time for the Case and the money (filing). My lawyer turn down the case so I need to find a new lawyer. My Doctor requested my Medical Records. from Brotman Medical Center. Is still not here. He is helping locate. Where they put the chip. I'm going trough Xrays. after (cgscan) Please another month will help me put all these papers (money) together for the Court.

Thank you

Nana Yaw Agyeman

CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED
2006 AUG -3  AM 10:34
BD scanned