IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NANA YAW AGYEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-428 SLR |
| | ) |
| BROTMAN MEDICAL CENTER, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 10th day of August, 2006, the court having reviewed plaintiff's request for extension of time to pay the filing fee in this case;

IT IS ORDERED that plaintiff's request (D.I. 4) is granted. Plaintiff shall pay the $350.00 filing fee on or before **October 3, 2006.** FAILURE TO TIMELY COMPLY WITH THIS ORDER WILL RESULT IN DISMISSAL OF THIS CASE.

_____
United States District Judge