IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NANA YAW AGYEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 06-428-SLR |
| ) | |
| BROTMAN MEDICAL CENTER, ) | |
| ) | |
| Defendant. ) | |

ORDER

WHEREAS, plaintiff filed an action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on July 20, 2006, the court entered an order denying leave to proceed in forma pauperis (D.I. 4);

WHEREAS, the court ordered plaintiff to pay the $350 filing fee within thirty (30) days from the date the order was sent or the case would be dismissed;

WHEREAS, upon motion, the court gave plaintiff additional time to pay the filing fee up to and including October 3, 2006 (D.I. 5);

WHEREAS, to date, payment has not been received from plaintiff;

THEREFORE, at Wilmington this 6th day of October, 2006, IT IS HEREBY ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

UNITED STATES DISTRICT JUDGE